IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID YOUNG, *et al.*,<br><br>      Defendants. | Case No. 2:12-CR-00502<br><br>Judge Tena Campbell |

### ORDER GRANTING MOTION TO FILE UNDER SEAL

After consideration of Defendant Michael Taylor's Motion to File Under Seal, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall docket Defendant's to-be-filed Motion for Pretrial Release on Bail and Conditions under seal.

DATED this 17th day of June, 2013.

BY THE COURT:

DUSTIN B. PEAD
U.S. Magistrate Judge